UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Justina Stevens,**

    **Plaintiff,**

    v.                                  Case No. 2:18-cv-1778

**Trans Union LLC,** *et al.***,**        Judge Michael H. Watson

    **Defendants.**                 Magistrate Judge Vascura

## ORDER

Pursuant to the Court's Show Cause Order, ECF No. 59, and Plaintiff's failure to respond to the same or object to the R&R, ECF No. 60, Plaintiff's claims against Credit One are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **IT IS SO ORDERED.**


                                        */s/ Michael H. Watson*
                                   **MICHAEL H. WATSON, JUDGE**
                                   **UNITED STATES DISTRICT COURT**